IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BRIAN MATTHEW HINE,

   *Plaintiff*,

v.                                    Case No.: 1:22cv339-MW/ZCB

SHERIFF CLOVIS WATSON, et al.

   *Defendants*.

_____/

### ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 13. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 13, is **accepted and adopted** as this Court's opinion. Defendants' motion to dismiss, ECF No. 4, is **GRANTED.** The Clerk shall enter judgment stating "Plaintiff's claims are **DISMISSED** without prejudice for failure exhaust administrative remedies." The Clerk shall close the file.

**SO ORDERED on July 11, 2023.**

                                       *s/Mark E. Walker*
                                       **Chief United States District Judge**